1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
9                        AT SEATTLE

10  BRENT DEAN and MICHAEL            CASE NO. C10-0277 MJP
    WILSON,
11                                    ORDER GRANTING IN PART
                     Plaintiff,       PLAINTIFF'S MOTION TO QUASH
12
           v.
13
    AVIS BUDGET CAR RENTAL, LLC,
14
                     Defendant.
15

16      This matter is before the Court on Plaintiff's motion to quash subpoenas and for a

17  protective order.  (Dkt. No. 22.)  The Court, having reviewed the motion, the response (Dkt. No.

18  24), the reply (Dkt. No. 28), and all materials submitted in support thereof, finds and ORDERS

19  as follows:

20      1. Defendant's subpoenas issued to Uinta Golf and Sysco Intermountain request some

21         information that is discoverable, but must be limited in scope.

22      2. The Court modifies the subpoenas and Defendant may seek:

23
24

ORDER GRANTING IN PART PLAINTIFF'S
MOTION TO QUASH- 1

      a.  "The personnel file relating to Brent Dean, SS# ***-**-****; limited to all employment applications, corrective action or discipline notices, any claims for unemployment compensation or any other claims for compensation made; and,

      b.  Documents evidencing or relating to any lawsuits, charges, or complaints (formal or informal) filed against Uinta Golf, by Brent Dean, at any time."

3. Defendants shall issue modified subpoenas within five (5) days of this Order and include this Order with the modified subpoenas.

Plaintiff's motion is therefore GRANTED IN PART and DENIED IN PART. The Clerk shall transmit a copy of this Order to all counsel of record.

Dated this 10th day of September 2010.

_____
Marsha J. Pechman
United States District Judge

ORDER GRANTING IN PART PLAINTIFF'S
MOTION TO QUASH- 2